**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Lisa Earlene Ricard,                        Case No. 25-10493-KB
                                          Chapter 13

         Debtor.

## ORDER

Confirmation of the Chapter 13 Plan [ECF No. 15] is denied.  On or before November 14, 2025 the debtor must file with the Court an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court, failing which the case may be dismissed. If an amended plan is timely filed and served, a confirmation hearing will be held on December 19, 2025 at 9:00 a.m.

Date: 10/03/2025                        /s/ Kimberly Bacher
                                       Kimberly Bacher
                                       Chief Bankruptcy Judge