**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Lisa Earlene Ricard,                                   Case No. 25-10493-KB
                                                        Chapter 13

        Debtor.

<u>**ORDER**</u>

Confirmation of the Chapter 13 Plan [ECF No. 38] is denied.  On or before February 6, 2026 the debtor must file with the Court an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court, failing which the case may be dismissed. If an amended plan is timely filed and served, a confirmation hearing will be held on March 13, 2026 at 9:00 a.m.

Date: 12/19/2025                          /s/ Kimberly Bacher
                                          Kimberly Bacher
                                          Chief Bankruptcy Judge