UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
Lisa Earlene Ricard,                                    Bk. No. 25-10493-KB
Debtor                                                  Chapter 13

**ORDER ON DEBTOR'S**
**MOTION TO SELL PERSONAL RESIDENCE**

After such process as was required by this Court:

1.      Debtor's motion to sell her personal residence is granted;

2.      Debtor's real estate agents, Teri and Jason Manning, are hereby authorized to collect a real estate commission not to exceed three percent (3%) of the gross sales price from the proceeds of the sale and at the time of the actual sale of the property; and

3.      Debtor is authorized to retain the proceeds of the sale of her personal residence up to the amount of $120,000.00 as her exempt equity pursuant to N.H. R.S.A. §480:1, the New Hampshire Homestead Exemption.  In the event that the proceeds should exceed the amount of $120,000.00, then all excess proceeds shall be turned over to the Chapter 13 Trustee until the matter may be resolved.

4.      The 14 day stay is waived pursuant to Bankruptcy Rule 6004(h).

DATED:      January 20, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge