**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                          Case No. 25-10493-KB
                                                                Chapter 13
Lisa Earlene Ricard

       Debtor.

## ORDER DISMISSING CASE

The Court entered an order (ECF No. 40) (the "**Order**") on December 19, 2025, directing the Debtor to file by February 6, 2026 "an amended plan, serve a copy of the amended plan and a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court." The Order provided that if the Debtor failed to do so the case may be dismissed. As of today's date, the Debtor has failed to comply with the Order. Accordingly, the case is dismissed.

Date:   February 13, 2026                     /s/ Kimberly Bacher
                                              Kimberly Bacher
                                              Chief Bankruptcy Judge